Michael V. Infuso, Esq., Nevada Bar No. 7388
Zachary P. Takos, Esq., Nevada Bar No. 11293
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile: (702) 463-8401
E-mail: minfuso@greeneinfusolaw.com
ztakos@greeneinfusolaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY PHILLIPS, an individual, | 2:13-cv-2237-GMN-VCF |
| Plaintiff, | (Removed from Eighth Judicial District Court, Clark County, Nevada, Case No. A-13-690626-C) |
| v. | |
| DIGNIFIED TRANSITION SOLUTIONS, a Delaware limited liability company; BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive; | **PLAINTIFF'S DEMAND FOR JURY TRIAL** |
| Defendants. | |

### JURY DEMAND

Please take notice that Plaintiff Mary Phillips, an individual hereby demands trial by jury in the above-entitled action.

DATED this 5 day of February, 2014.

**GREENE INFUSO, LLP**

/s/ Michael V. Infuso

Michael V. Infuso, Esq., Nevada Bar No. 7388
Zachary P. Takos, Esq., Nevada Bar No. 11293
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146

Attorneys for Plaintiff

1

# CERTIFICATE OF SERVICE

I am employed by the law firm of Greene Infuso, LLP in Clark County. I am over the age of 18 and not a party to this action. My business address is 3030 South Jones Boulevard, Suite 101, Las Vegas, Nevada 89146.

On February 5, 2014, I served the document(s), described as: **PLAINTIFF'S DEMAND FOR JURY TRIAL**

☐ by placing the ☐ original ☐ a true copy thereof enclosed in a sealed envelope addressed as follows:

☐ a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☒ b. **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid to:

Ariel E. Stern, Esq.
Tenesa S. Scaturro, Esq.
AKERMAN, LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

I am readily familiar with Greene Infuso, LLP's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c. **BY PERSONAL SERVICE.**

☐ d. **BY DIRECT EMAIL**

☐ e. **BY FACSIMILE TRANSMISSION**

**I declare under penalty of perjury that the foregoing is true and correct.**

Date: February 5, 2014

_____
An employee of Greene Infuso, LLP

2