# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARY PHILLIPS,<br><br>                Plaintiff,<br><br>vs.<br><br>DIGNIFIED TRANSITION SOLUTIONS, a Delaware limited liability company; BANK OF AMERICA, N.A.,<br><br>                Defendants. | 2:13-cv-02237-GMN-VCF<br><br>**ORDER** |

Before the court is the Stipulation and Order to Stay Briefing on Dispositive Motions and Stipulation and Order to Request Continuance of Settlement Conference (#49).

The parties have given sufficient reasons to stay briefing on dispositive motions and to continue settlement conference.

Accordingly,

IT IS HEREBY ORDERED that the Stipulation and Order to Stay Briefing on Dispositive Motions and Stipulation and Order to Request Continuance of Settlement Conference (#49) is GRANTED.

IT IS FURTHER ORDERED that the settlement conference currently scheduled for February 19, 2014 is VACATED and continued to 10:00 a.m., March 30, 2015. The settlement statement is due on or before 4:00 p.m., March 23, 2015. All else as stated in the Order (#48) setting the settlement conference remains the same.

In the event the parties are unable to reach a settlement agreement at the settlement conference, the parties must file a stipulation and order with a briefing schedule for both dispositive motions by April 13, 2015.

1  The Joint Pre-trial Order must be filed 30 days after the decision on the dispositive motions or
2  further order of the court.
3  IT IS SO ORDERED.
4  DATED this 18th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE