ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY PHILLIPS, an individual<br><br>Plaintiff,<br><br>v.<br><br>DIGNIFIED TRANSITION SOLUTIONS, a Delaware limited liability company; BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-2237-GMN-VCF<br><br>**EMERGENCY MOTION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE [ECF NO. 51]**<br><br>(First Request) |

Bank of America, N.A., and Dignified Transition Solutions move for the court to continue the April 16, 2015, hearing on its order to show cause [ECF No. 51]. Defendants also move for expedited relief because the court cannot decide this motion prior to April 16 if it considers it on the normal schedule under LR 7-2.

April 16 presents a scheduling conflict because Ariel Stern, one of the lawyers for the defendants, is scheduled to appear for an oral argument in San Francisco before the Ninth Circuit on that date. The oral argument is set in *Closson v. Bank of America*, Case No. 13-15317. Apart from the appellate argument on April 16, defendants' counsel are scheduled for out-of-state business travel between April 29, 2015 and May 7, 2015.

Given the conflict with April 16 and April 29 through May 7, defendants request that the court continue the hearing to the week of April 20, or for a date after May 7.

{30711507;1}

This request is made to accommodate other scheduled obligations of counsel, not for the purpose of delay.

**Dated**: April 6, 2015.

**AKERMAN LLP**

/s/ *Ariel E. Stern* _____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants*

[PROPOSED ORDER]

**IT IS ORDERED** that the hearing on the order to show cause, Dkt. No. 51, which is currently set for April 16, 2015, is continued to the 22nd day of April, 2015 at 3 P.M.

_____
United States Magistrate Judge

DATED: April 6, 2015

{30711507;1}

2