James D. Greene, Esq., Nevada Bar No. 2647
Michael V. Infuso, Esq., Nevada Bar No. 7388
Keith W. Barlow, Esq., Nevada Bar No. 12689
**GREENE INFUSO, LLP**
3030 South Jones Boulevard, Suite 101
Las Vegas, Nevada 89146
Telephone: (702) 570-6000
Facsimile:  (702) 463-8401
E-mail:  jgreene@greeneinfusolaw.com
             minfuso@greeneinfusolaw.com
             kbarlow@greeneinfusolaw.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARY PHILLIPS, an individual,<br><br>Plaintiff,<br><br>DIGNIFIED TRANSITION SOLUTIONS,<br>a Delaware limited liability company;<br>BANK OF AMERICA, N.A.; and DOES 1<br>through 10, inclusive;<br><br>Defendants. | 2:13-cv-2237-GMN-VCF<br><br>(Removed from the Eighth Judicial District Court, Clark County, Nevada, Case No. A-13-690626-C)<br><br>**ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS AS TO LIABILITY UNDER SEAL** |

  Before the Court is Plaintiff Mary Phillips's ("Plaintiff") Motion for Leave to File Plaintiff's Motion for Partial Summary Judgment Against Defendants as to Liability Under Seal ("Motion for Leave to File Under Seal"), wherein Plaintiff requests that her Motion for Partial Summary Against Defendants as to Liability ("Motion") be filed under seal pursuant to the Stipulation and Protective Order Regarding Confidentiality (Document No. 32) agreed to by the parties and executed by this Court on or about August 11, 2014.

  Here, Plaintiff has put forth compelling reasons for sealing the requested Motion, namely, that it contains and/or describes documents marked as "Confidential."  Therefore, this Court finds that Plaintiff's Motion for Leave to File Under Seal should be granted for good cause.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File Under Seal s GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court seal Plaintiff's Motion.

**DATED** this 17th day of June, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court

2