ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
ariel.stern@akerman.com
tenesa.scaturro@akerman.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARY PHILLIPS, an individual,<br><br>                    Plaintiff,<br><br>v.<br><br>DIGNIFIED TRANSITION SOLUTIONS, a Delaware limited liability company; BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.:  2:13-cv-2237-GMN-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING ON MOTIONS FOR SUMMARY JUDGMENT [ECF NOS. 43, 44]**<br><br> **(First Request)** |

Dignified Transition Solutions and Bank of America, N.A. (collectively **Defendants**) and plaintiff Mary Phillips (**Plaintiff**) hereby stipulate to continue briefing on dispositive motions filed by Plaintiff and Defendant. ECF Nos. 43, 44.

## I.   INTRODUCTION

Defendants removed this case to federal court on December 6, 2013.  ECF No. 1.  Plaintiff filed her Amended Complaint on September 12, 2014.  ECF No. 39.  Defendants filed their Answer to Plaintiff's Amended Complaint on September 29, 2014.  ECF No. 40.  Defendants filed their Motion for Summary Judgment on December 1, 2014.  ECF No. 43.  Defendants filed an Errata to their Motion for Summary Judgment on December 3, 2014.  ECF No. 47.  An Order Scheduling Settlement Conference for February 19, 2015 was filed on December 3, 2014.  ECF No. 48.

Plaintiff filed a Motion for Partial Summary Judgment Against Defendants as to Liability on

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{34327057;1}

December 1, 2014.  ECF No. 44.  The parties stipulated to stay briefing on the respective motions for summary judgment pending conclusion of the settlement conference.  ECF No. 50.  Plaintiff substituted counsel on May 18, 2015. ECF No. 62.  The parties concluded the settlement conference on June 12, 2015, but were unable to resolve this matter.  ECF No. 63.  The court reinstated briefing on the motions for summary judgment, ordering oppositions due by July 13, 2015.  *Id.*

## II.  STIPULATION AND ORDER TO CONTINUE BRIEFING ON MOTIONS FOR SUMMARY JUDGMENT

The parties stipulate that oppositions on the parties' respective motions for summary judgment, ECF Nos. 43, 44, be continued for thirty (30) days, to August 13, 2015.  This is the first request for continuance of this deadline and is not done for purposes of undue delay.  The parties request the continuance to accommodate the trial and travel schedules of both plaintiff and defense counsel.

Dated: July 7, 2015.

AKERMAN LLP

/s/ *Tenesa S. Scaturro*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. SCATURRO, ESQ.
Nevada Bar No. 12488
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants*

ASHLEY LAW GROUP

/s/
ELIZABETH ASHLEY, ESQ.
Nevada Bar No. 7501
1880 E. Warm Springs Road, Suite 130
Las Vegas, Nevada 89119

*Attorneys for Plaintiff*

IT IS SO ORDERED.

Gloria M. Navarro, Chief Judge
United States District Court

DATED: 07/14/2015.

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572