AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Mary Phillips

   Plaintiff,

V.

Dignified Transition Solutions et al.,

   Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:13-cv-02237-GMN-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

judgment is entered in favor of Defendants as to Plaintiff's claims for breach of contract, interference with contractual relations, fraud, negligent misrepresentation, violations of Nevada's Deceptive Trade Practices Act, consumer fraud, and intentional infliction of emotional distress.

8/25/2015
Date

/s/ Lance S. Wilson
Clerk

/s/ Danielle Cacciabaudo
(By) Deputy Clerk