ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
STEVEN G. SHEVORSKI, ESQ.
Nevada Bar No. 8256
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:    (702) 634-5000
Facsimile:    (702) 380-8572
Email: ariel.stern@akerman.com
Email: steven.shevorski@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARY PHILLIPS, an individual,<br><br>        Plaintiff,<br><br>v.<br><br>DIGNIFIED TRANSITION SOLUTIONS, a Delaware limited liability company; BANK OF AMERICA, N.A.; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.:  2:13-cv-2237-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{38134563;1}

It is stipulated and agreed between Plaintiff Mary Phillips and Defendants Dignified Transition Solutions and Bank of America, N.A. this action shall be dismissed with prejudice, each party to bear its own attorney's fees and costs.

DATED this 26th day of April, 2016.

| **AKERMAN LLP** | **ASHLEY LAW GROUP** |
|---|---|
| */s/ Donna M. Wittig*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>STEVEN SHEVORSKI, ESQ.<br>Nevada Bar No. 8256<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>*Attorneys for Defendants* | */s/ Elizabeth Ashley*<br>ELIZABETH ASHLEY, ESQ.<br>Nevada Bar No. 7501<br>64 N. Pecos Road, Building 64<br>Henderson, Nevada 89047<br><br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 2, 2016